UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

M.S. )
_____ )
_____ )    1:24-cv-311
(Enter above the NAME of the )   Crytzer/Steger
plaintiff in this action.) )

v.                    Official )
John Walker  capacity )
H.S.A. Lynn Blix Official capacity )
_____ )
(Enter above the NAME of each )
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to the previous lawsuit:

      Plaintiffs: Patrick "Ryan" Smith

      Defendants: Sheriff Michael Hodges official capacity
      N.P. John Patrick McCormick official capacity
      Q.C.H.C. Quality Correctional Health Care

1

2. COURT: (If federal court, name the district; if state court, name the county): EASTERN DISTRICT KNOXVILLE

3. DOCKET NUMBER: 3:24-CV-00169-KAC-JEM

4. Name of Judge to whom case was assigned: KATHERINE A CRYTZER

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) PENDING SCREENING OF THE COMPLAINT

6. Approximate date of filing lawsuit: 4/12/2024

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: SEVIERE CO. ANNEX A-POD

A. Is there a prisoner grievance procedure in this institution? YES (X) NO (X) SOMETIMES IT DOESN'T WORK & WON'T LET YOU FILE

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( ) I HAD TO UTILIZE A HAND-WRITTEN GRIEVANCE ON ONE OCASSION TO THE LIEUTENANT.

C. If your answer is YES,

1. What steps did you take? ADMINISTRATIVE REMEDY - ELECTRONIC ALSO - HANDWRITTEN GRIEVANCE TO LT. TARWATER

2. What was the result? NO RESPONSE TO PAPER GRIEVANCE ELECTRONIC GRIEVANCE WAS MARKED "RESOLVED" BUT IT WAS NEVER ACTUALLY RESOLVED.

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (X) NO ( )

F. If your answer is YES,

1. What steps did you take? COMPLAINED TO SEVERAL OFFICERS - PARTON. COMPLAINED TO SHIFT SUPERVISORS SGT. VICTORIA SGT. JOSE CPL. MASON

2

2. What was the result? WAS ADVISED TO FILE ELECTRONIC & TOLD IF IT DIDN'T WORK, FILE PAPER GRIEVANCE

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _____

Present address: 896 Old Knoxville Hwy Seviereville TN 37862

Permanent home address: N/A

Address of nearest relative: N/A

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: JOHN WALKER

Official position: OFFICER - "C.O." E-Pod

Place of employment: SEVIERE CO. SHERIFF DEPT.

C. Additional defendants: RHETT RUTLEDGE - MAJOR OF CORRECTIONS DIVISION.

H.S.A. - LYNN BLIX - HEAD NURSE FOR QUALITY CORRECTIONAL HEALTH CARE.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

(M.S.) is a PRE-TRIAL detainee bringing this action

3

by way of the 14th Amm. as a pretrial detainee. These claims raise 1st Amm., 5th Amm., 8th Amm. and 14th Amm violations. As previously stated, Plaintiff has another pending 1983 claim for inadequate medical care. However, this instant action pertains to "Retaliation Claims", mostly.

H.S.A. Lynn Blix is a nurse for Q.C.H.C. and is not named in the other complaint. She also no longer works for the jail. She has "Alegidly" been fired for unknown reasons.

Plaintiff exhausted all of his administrative remedies electronically and on paper grievances when the admin. process was not available to him.

4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Plaintiff Request: 1. A Trial by Jury. 2. Punitave, Compensatory and Monetary damages in the sum of $1,000,000 (One-Million dollars). 3. Attorney Fees, investigative cost and filing fees attributed to pursuing this instant action. Any other Relief

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 7th day of September, 2024.

P. Ryan Smith - M.R.
Signature of plaintiff(s)

The Court see's fit. Plaintiff further ask's the court to appoint him an attorney to assist him in pursuing this action. Plaintiff also Request the court to appoint him an investigator to assist him with obtaining information from sources such as the internet. Plaintiff also Request the Court to honor his privacy in the caption of the complaint with the abbreviation ~~~ (M.S.)